```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32155
   DOUGLAS ADAM DAMASCUS
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-4463
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/15/05 and confirmed on 10/20/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21100.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 10940.71 | .00 | 2597.33 |
| FIA CARD SERVICES | UNSECURED | 8909.28 | .00 | 2115.07 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6241.64 | .00 | 1481.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4276.87 | .00 | 1015.33 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2721.99 | .00 | 646.20 |
| DISCOVER BANK | UNSECURED | 1691.93 | .00 | 401.67 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3500.00 | .00 | 830.90 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 52.19 | .00 | 12.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24885.00 | .00 | 5907.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6885.00 | .00 | 1634.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9849.36 | .00 | 2338.24 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 79953.97 | .00 | 79953.97 |
| PRINCIPAL PAID | .00 | .00 | 18981.12 | .00 | 18981.12 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 18981.12 | .00 | 18981.12 |

The Debtor's attorney, PETER FRANCIS GERACI                 , was allowed $ 2200.00 and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $     918.88 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 05 B 32155 DOUGLAS ADAM DAMASCUS